Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| SIMON MOROCLLOO-ANDRADE, ET. AL., | INDEX NO.: 08-CV- 02663 (AKH) |
| Plaintiffs, | **NOTICE OF ADOPTION OF AMBIENT GROUP, INC.'S ANSWER TO MASTER COMPLAINT** |
| -against- | |
| 120 BROADWAY CONDOMINIUM (CONDO #871), ET. AL., | **ELECTRONICALLY FILED** |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys,

McElroy, Deutsch, Mulvaney & Carpenter, LLP, as and for its Response to the allegations set forth

in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 2, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant, AMBIENT GROUP, INC., demands judgment dismissing

the above-captioned action as against it,  together with its costs and disbursements and for such

other and further relief as this Court deems just and proper.

Dated:  New York, New York
        June 10, 2008

                                        Yours etc.,

                                        McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                        *Attorneys for Defendant*
                                        *Ambient Group, Inc.*



                                        By:__s/  John P. Cookson_____
                                            Richard S. Mills (RM-0206)
                                            John P. Cookson (JPC-9391)
                                            Wall Street Plaza
                                            88 Pine Street, 24th Floor
                                            New York, New York 10005
                                            (212) 483.9490


TO:     Worby Groner Edelman & Napoli Bern, LLP
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267.3700

        Gregory J. Cannata, Esq.
        Robert A. Grochow, Esq.
        233 Broadway, 5th Floor
        New York, New York 10279
        (212) 553.9206

        James E. Tyrrell, Jr., Esq.
        Patton Boggs LLP
        One Riverfront Plaza
        Newark, New Jersey 07102
        (973) 848.5600

        Thomas A. Egan, Esq.
        Fleming Zulack Williamson Zauderer, LLP
        One Liberty Plaza
        New York, New York 10006-1404
        (212) 412.9500

**CERTIFICATION OF SERVICE**

I hereby certify that on the 10th day of June 2008, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

McElroy, Deutsch, Mulvaney & Carpenter LLP

By: s/ John P. Cookson _____
    Richard S. Mills (RM-0206)
    John P. Cookson (JPC-9391)
    *Attorneys for Defendant*
    *Ambient Group, Inc..*
    Wall Street Plaza
    88 Pine Street, 24th Floor
    New York, New York 10005
    (212) 483-9490